IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01728–EWN–MJW

BROADCAST MUSIC, INC.;
SONY/ATV SONGS LLC d/b/a
SONY/ATV TREE PUBLISHING;
BOCEPHUS MUSIC, INC.;
SONGS OF UNIVERSAL, INC.;
UNIVERSAL-MILLHOUSE MUSIC, a
division of MAGNA SOUND CORP.;
SCREEN GEMS -EMI MUSIC, INC.;
DALE CECIL MORRIS d/b/a DALE
MORRIS MUSIC;
WARNER-TAMERLANE PUBLISHING
CORP.;
EMI BLACKWOOD MUSIC, INC.;
DENNIS N. LINDE d/b/a RISING GORGE
MUSIC;
PAINTED DESERT MUSIC
CORPORATION;
BIG YELLOW DOG, LLC d/b/a BIG
YELLOW DOG MUSIC;
TOBY KEITH COVEL, an Individual d/b/a
TOKECO TUNES,

      Plaintiffs,

v.

ETCETERA, INC. d/b/a KICKER'S and
SHERI LONG, Individually,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulation of Motion to Dismiss" filed February 28, 2006.  The court having read the Motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 1st day of March, 2006.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge